The Honorable Judge John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FOUR SEASONS ROOFING & REMODEL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JC FOUR SEASONS ROOFING, LLC, <br><br> Defendant. | No. 2:23-cv-01032-JHC <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT JC FOUR SEASONS ROOFING LLC <br><br> **NOTED ON MOTION CALENDAR:** <br><br> **AUGUST 30, 2023 (Same day motion)** |

TO:   CLERK OF THE COURT; and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD.

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate to extend the time for Defendant JC Four Seasons Roofing, LLC ("Defendant") to file an answer or otherwise respond to Plaintiff Four Seasons Roofing & Remodel Services, Inc.'s complaint.

To provide additional time for the parties to pursue settlement negotiations, Plaintiff has agreed to an extension of time for Defendant to file and serve its responsive pleading and stipulate that the deadline is now September 15, 2023.

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT
JC FOUR SEASONS ROOFING LLC - 1
USDC Case No. 2:23-cv-01032-JHC



Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

DATED this 30th day of August, 2023.

| **HELSELL FETTERMAN LLP** | **PREG O'DONNELL & GILLETT** |
|---|---|
| By: /s/*Michelle Q. Pham*<br>Michelle Q. Pham, WSBA #44286<br>1001 Fourth Ave., Suite 4200<br>Seattle, WA 98154<br>Telephone: (206) 689-2139<br>Facsimile: (206) 287-9113<br>mpham@helsell.com<br><br>*Attorney for Defendant JC Four Seasons Roofing, LLC* | By: /s/*Daniel W. Rankin, with email approval*<br>Daniel W. Rankin, WSBA #49673<br>William T. Cornell, WSBA #18867<br>901 Fifth Ave., Suite 3400<br>Seattle, WA 98164-2026<br>Telephone: (206) 287-1775<br>Facsimile: (206) 287-9113<br>drankin@pregodonnell.com<br>wcornell@pregodonnell.com<br><br>*Attorneys for Plaintiff Four Seasons Roofing & Remodel Services, Inc.* |

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT JC FOUR SEASONS ROOFING LLC - 2
USDC Case No. 2:23-cv-01032-JHC

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this ___31st___ day of ___August_____, 2023.

_____
Hon. John H. Chun
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT
JC FOUR SEASONS ROOFING LLC - 3
USDC Case No. 2:23-cv-01032-JHC

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

# DECLARATION OF SERVICE

The undersigned, hereby declares under penalty of perjury of the laws for the State of Washington, that on the 30th day of August, 2023, I caused to be served a true and correct copy of the foregoing document to which this declaration is attached, upon the following counsel/ parties of record via the means indicated below:

| PARTY/COUNSEL | DELIVERY METHOD |
|---|---|
| **Attorney for Plaintiff**<br><br>Daniel W. Rankin<br>William T. Cornell<br>Preg O'Donnell & Gillett<br>901 Fifth Avenue, Ste. 3400<br>Seattle, WA 98164 | ☐ Via first class U. S. Mail<br>☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via USDC ECF system<br>☐ Email:<br>drankin@pregodonnell.com<br>wcornell@pregodonnell.com |

    _s/Lyndsay Taylor_
Lyndsay Taylor, Legal Assistant
ltaylor@helsell.com

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT
JC FOUR SEASONS ROOFING LLC - 4
USDC Case No. 2:23-cv-01032-JHC

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM